**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00589-CR

———————————

## IN RE KRISTIAN WELCH, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Kristian Welch, has filed a petition for writ of mandamus, seeking an order compelling the trial court to set a hearing on her motion to proceed pro se in the trial court.[1]

---

[1] The underlying case is *State of Texas v. Kristian Welch*, cause number 1542294, pending in the 184th District Court of Harris County, Texas, the Honorable Jan Krocker presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.